THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| UNITED STATES OF AMERICA, | CASE NO. CR17-0326-JCC |
|---|---|
| Plaintiff, | MINUTE ORDER |
| v. | |
| CLAUDIA CADENA-PICAZ, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendant Claudia Cadena-Picaz' unopposed motion for a second extension of time to file indictment (Dkt. No. 18) and her waiver of speedy indictment (Dkt. No. 19). The Court finds that it would be unreasonable to require the filing of an indictment within the period required by statute because of the need for further investigation, research, and advising of Ms. Cadena-Picaz and the interest of justice is served by granting an extension to afford counsel reasonable time necessary to accomplish those tasks.

Accordingly, it is ORDERED that the date on or before an indictment must be filed is extended to March 31, 2018.

//

//

MINUTE ORDER CR17-0326-JCC
PAGE - 1

DATED this 7th day of February 2018.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk

MINUTE ORDER CR17-0326-JCC
PAGE - 2