THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR17-0326-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| CLAUDIA CADENA-PICAZ, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendant's third unopposed motion for an extension of time to indict (Dkt. No. 21) and her waiver of a speedy indictment (Dkt. No. 22). The Court finds that it would be unreasonable to require the filing of an indictment within the period required by statute because of the need for further investigation, research, and advising of Defendant and the interest of justice is served by granting an extension to afford counsel reasonable time necessary for effective preparation and advising Defendant. The Government does not oppose the request to extend the indictment deadline from March 31, 2018, to April 29, 2018.

Accordingly, it is ORDERED that the date on or before an indictment must be filed is extended to April 29, 2018.

1     DATED this 27th day of March 2018.

William M. McCool<br>
Clerk of Court<br><br>
s/Tomas Hernandez<br>
Deputy Clerk