UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR17-0326-JCC |
| Plaintiff, | ORDER |
| v. | |
| CLAUDIA CADENA-PICAZ, | |
| Defendant. | |

This matter comes before the Court on Defendant's motion to seal (Dkt. No. 34) an unredacted version of her sentencing memorandum (Dkt. No. 35) and attachments (Dkt. No. 35-1). Having thoroughly considered Defendant's motion and the relevant record, the Court hereby GRANTS the motion.

"[T]here is a strong presumption of public access to [the Court's] files." W.D. Wash. Local Civ. R. 5(g)(3); *Nixon v. Warner Commc'ns, Inc.*, 435 U.S. 589, 597 (1978). However, a particularized showing of good cause will suffice to maintain under seal documents unrelated to the merits of a case. *Center for Auto Safety v. Chrysler Group, LLC*, 809 F.3d 1092, 1097 (9th Cir. 2016). This rule provides an exception to the "strong presumption in favor of [public] access" to judicial records. *Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006) (citing *Foltz*, 331 F.3d at 1135).

Defendant asks the Court to order that an unredacted version of her sentencing

1 memorandum (Dkt. No. 35) and attached exhibits (Dkt. No. 35-1) be maintained under seal (Dkt. No. 34 at 1). Defendant has publicly filed redacted versions of these documents. (*See* Dkt. Nos. 33, 33-1.) The Court concludes that the redactions contain sensitive and confidential information about Defendant that should not be made public.

The Court GRANTS Defendant's motion to seal (Dkt. No. 34). The Clerk is DIRECTED to maintain the documents filed under Docket Number 35 and 35-1 under seal.

DATED this 25th day of July 2018.

John C. Coughenour
UNITED STATES DISTRICT JUDGE